1 **LEILA W. MORGAN**
California Bar No. 232874
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Leila_Morgan@fd.org

6 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | ) Case No. 08MJ8242 |
| 12 Plaintiff, | ) |
| 13 v. | ) **NOTICE OF APPEARANCE** |
| 14 FRANCISCO OLEA-NIETO, | ) |
| 15 Defendant. | ) |

17     Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

20                                                Respectfully submitted,

22 Dated: March 24, 2008          /s/ *Leila W. Morgan*
                                        **LEILA W. MORGAN**
23                                         Federal Defenders of San Diego, Inc.
                                        Leila_Morgan@fd.org
24                                         Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: March 24, 2008            */s/ Leila W. Morgan*
                                 **LEILA W. MORGAN**
                                 Federal Defenders of San Diego, Inc.
                                 Leila_Morgan@fd.org

2